UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60137-CIV-SMITH

EVAN ILLOUZ,

    Plaintiff,

v.

UKG INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 5]. Upon consideration, it is

**ORDERED** that:

1. Plaintiff's claims against Defendant are **DISMISSED without prejudice.**

2. This case is **CLOSED**.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 8th day of February, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: counsel of record